| | |
|---|---|
| 1 | LOEB & LOEB LLP |
| | BRUCE L. ISHIMATSU (State Bar No. 86145) |
| 2 | DAVID W. GRACE (State Bar No. 102190) |
| | CHRISTINA LIU (State Bar No. 235399) |
| 3 | 10100 Santa Monica Boulevard, Suite 2200 |
| | Los Angeles, California 90067-4164 |
| 4 | Telephone:    310-282-2000 |
| | Facsimile:    310-282-2200 |
| 5 | E-Mail:        bishimatsu@loeb.com |
| 6 | Attorneys for Defendant |
| | Affordable Water Heaters And Plumbing, |
| 7 | Inc. |

8      UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA

10

11    JUST WATER HEATERS, INC., a California )   Case No. C-05-4996 SC
      corporation; WATER HEATERS ONLY,      )
12    INC., a California corporation,       )   **STIPULATION TO EXTEND**
                                            )   **DEFENDANT'S DEADLINE TO**
13                  Plaintiffs,             )   **RESPOND TO SECOND AMENDED**
                                            )   **COMPLAINT**
14           v.                             )
                                            )   Judge:  Hon. Samuel Conti
15    AFFORDABLE WATER HEATERS AND          )
      PLUMBING, INC, a California corporation., )
16                                          )   ORDER
                    Defendant.              )
17    _____)

18

19          This stipulation, entered into by and between Plaintiffs Just Water Heaters, Inc. and Water

20   Heaters Only, Inc. ("Plaintiffs") and Defendant Water Heaters and Plumbing, Inc. ("Defendant")

21   pursuant to Local Rule 6-1, is based upon the following facts:

22          1.      On March 24, 2006, Plaintiffs filed their Second Amended Complaint in this

23   action.

24          2.      On March 30, 2006, the parties stipulated to extend the deadline for Defendant to

25   respond to the Second Amended Complaint from April 3, 2006 to April 17, 2006.

26          3.      This extension will allow Defendant sufficient time to prepare an appropriate

27   responsive pleading.

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1370486.2
20467010002
03/31/2006 cl

1

Case No. C-05-04996-SC
STIPULATION TO EXTEND
DEADLINE

BASED UPON THE FOREGOING FACTS, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, as follows:

1. The time for Defendant to answer or otherwise respond to Plaintiff's Second Amended Complaint is extended from April 3, 2006 up to and including April 17, 2006.

Dated: March 31, 2006

BERRY & BLOCK LLP
SCOTT M. PLAMONDON

By: /s/ SCOTT M. PLAMONDON
Scott M. Plamondon
Attorneys for Plaintiffs
Just Water Heaters, Inc. and Water Heaters Only, Inc.

Dated: March 31, 2006

LOEB & LOEB LLP
BRUCE L. ISHIMATSU
DAVID W. GRACE
CHRISTINA LIU

By: /s/ BRUCE L. ISHIMATSU
Bruce L. Ishimatsu
Attorneys for Defendant
Affordable Water Heaters And Plumbing, Inc.

Dated: March 31, 2006

WRIGHT, ROBINSON, OSTHIMER & TATUM
STUART E. JONES

By: /s/ STUART E. JONES
Stuart E. Jones
Attorneys for Defendant
Affordable Water Heaters And Plumbing, Inc.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

LA1370486.2
20467010002
03/31/2006 cl

2

Case No. C-05-04996-SC
STIPULATION TO EXTEND DEADLINE