BRUCE L. ISHIMATSU, (SBN 86145)
DAVID W. GRACE, (SBN 102190)
CHRISTINA LIU, ( SBN 235399)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angels, CA  90067
Telephone:  (310) 282-2000
Facsimile:  (310) 282-2200


PETER HART (SBN 107920)
STUART E. JONES (SBN 104566)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone:  (415) 391-7111
Facsimile:    (415) 391-8766

Attorneys for Defendant
Affordable Water Heaters and Plumbing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST WATER HEATERS, INC. , a California corporation; WATER HEATERS ONLY, INC., a California corporation,<br><br>Plaintiffs.<br><br>v.<br><br>AFFORDABLE WATER HEATERS AND PLUMBING, INC., a California corporation,<br><br>Defendants.<br>_____/ | Case No. C-05-4996 SC<br><br>STIPULATION AND ORDER STRIKING PORTIONS OF THE SECOND AMENDED COMPLAINT AND DISMISSING THE SECOND AND THIRD CAUSES OF ACTION OF THE SECOND AMENDED COMPLAINT |

## STIPULATION

IT IS HEREBY STIPULATED by the parties herein, by and through their respective counsel that paragraphs 11, 12 and 13 of the Second Amended Complaint shall be stricken and

4/28/2006 1:20 PM   FROM: Berry Block Berry_Block   TO: +1 (415) 391-8766   PAGE: 003 OF 003

that the Second Cause of Action for Quasi Contract -- Unjust Enrichment and the Third Cause of Action for Constructive Trust and Accounting shall be and are hereby dismissed. Defendant shall have an additional 15 days to file an Answer and any Counter-claims after the court enters its order. This Stipulation shall not limit Plaintiffs' remedies in any way.

DATED: April 25, 2006          BERRY & BLOCK LLP

                               By: _____
                               REX DARRELL BERRY
                               SCOTT M. PLAMONDON
                               Attorneys for Plaintiffs
                               Just Water Heaters, Inc. and
                               Water Heaters and Plumbing, Inc.

DATED: April 28, 2006          LOEB & LOEB LLP

                               By: _____
                               BRUCE L. ISHIMATSU
                               LOEB & LOEB LLP
                               Attorneys for Defendant
                               Affordable Water Heaters and Plumbing, Inc.

DATED: April 26, 2006          WRIGHT, ROBINSON, OSTHIMER & TATUM

                               By: _____
                               PETER HART
                               STUART E. JONES
                               Attorneys for Defendant
                               Affordable Water Heaters and Plumbing, Inc.

                               ORDER

IT IS SO ORDERED,

DATED:  5/5/06
                               HON. _____
                               IT IS SO ORDERED
                               Judge Samuel Conti

                               2
STIPULATION AND ORDER STRIKING THE SECOND AMENDED COMPLAINT AND DISMISSING THE
SECOND AND THIRD CAUSES OF ACTION OF THE SECOND AMENDED COMPLAINT

Received   Apr-28-2006  01:22pm   From-Berry & Block        To-WRIGHT ROBINSON et a    Page 003

# CERTIFICATE OF SERVICE

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorney for Just Water Heaters, Inc. et al.**
Rex Darrell Berry
Scott M Plamondon
Berry & Block LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA  95833
Tel:  (916) 564-2000
Fax: (916) 564-2024

Dated this 2nd day of May, 2006.

                                        /S/ Yolanda Nesbitt
                                        Yolanda Nesbitt