BRUCE L. ISHIMATSU, (SBN 86145)
DAVID W. GRACE, (SBN 102190)
CHRISTINA LIU, (SBN 235399)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angels, CA 90067
Tel: (310) 282-2000
Fax: (310) 282-2200

PETER HART (SBN 107920)
STUART E. JONES (SBN 104566)
JENNIFER A. EMMANEEL (SBN 231580)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, CA 94104-4705
Tel: (415) 391-7111
Fax: (415) 391-8766

Attorneys for Defendant
Affordable Water Heaters and Plumbing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUST WATER HEATERS, INC., a California corporation; WATER HEATERS ONLY, INC., a California corporation, <br><br> Plaintiffs. <br><br> v. <br><br> AFFORDABLE WATER HEATERS AND PLUMBING, INC., a California corporation, <br><br> Defendants. | Case No. C-05-4996 SC <br><br> STIPULATION AND ORDER FOR ENTRY OF A DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED by the parties herein, by and through their respective counsel, that Plaintiffs' Complaint shall be dismissed with prejudice.

| | | |
|---|---|---|
| 1 | Dated: August 15, 2006 | BERRY & BLOCK LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | SCOTT M. PLAMONDON |
| | | Attorney for Plaintiffs |
| 6 | | Just Water Heaters, Inc. |
| | | Water Heaters Only, Inc. |
| 7 | | |
| 8 | Dated: August ___, 2006 | LOEB & LOEB, LLP |

Dated: August ___, 2006    LOEB & LOEB, LLP

By: _____
   BRUCE L. ISHIMATSU
   Attorneys for Defendant
   Affordable Water Heaters and Plumbing, Inc.

Dated: August 8, 2006    WRIGHT ROBINSON OSTHIMER & TATUM

By: _____
   STUART E. JONES
   Attorneys for Defendant
   Affordable Water Heaters and Plumbing, Inc.

IT IS SO ORDERED.

Dated: 8/17/06

_____
HONORABLE JUDGE SAMUEL CONTI

2

| | |
|---|---|
| Dated: June ___, 2006 | BERRY & BLOCK LLP |
| | By: _____<br>SCOTT M. PLAMONDON<br>Attorney for Plaintiffs<br>Just Water Heaters, Inc.<br>Water Heaters Only, Inc. |
| Dated: August 8, 2006 | LOEB & LOEB, LLP<br><br>By: /s/ Bruce Ishimatsu<br>BRUCE L. ISHIMATSU<br>Attorneys for Defendant<br>Affordable Water Heaters and Plumbing, Inc. |
| Dated: June ___, 2006 | WRIGHT ROBINSON OSTHIMER & TATUM<br><br>By: _____<br>STUART E. JONES<br>Attorneys for Defendant<br>Affordable Water Heaters and Plumbing, Inc. |

IT IS SO ORDERED.

Dated: _____   _____
HONORABLE JUDGE SAMUEL CONTI

2

STIPULATION AND ORDER FOR ENTRY OF A DISMISSAL
WITH PREJUDICE OF PLAINTIFF'S COMPLIANT